*In re* LUIS E. DUBÓN OTERO.

*Número:* CP-2001-6          *Resuelto:* 20 de mayo de 2003

*Roberto Sánchez Ramos*, procurador general, *Héctor Clemente Delgado,* subprocurador general interino, e *Yvonne Cassanova Pelosi*, procuradora general auxiliar, en informe.

PER CURIAM: El 18 de octubre de 1960 Luis E. Dubón Otero fue admitido al ejercicio de la profesión jurídica. El 17 de mayo de 2001 este Foro suspendó provisionalmente del ejercicio de la abogacía al licenciado Dubón Otero porque el Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico lo declaró culpable de violar la Sec. 371 del Código de Estados Unidos (Conspiración para defraudar a Estados Unidos). La sentencia del foro federal le impuso una pena de reclusión de sesenta meses, una multa de $125,000, y una Orden de Restitución al Gobierno Federal por la cantidad de $1,559,820. El 29 de mayo de 2002 el Tribunal Federal de Apelaciones para el Primer Circuito dictó una sentencia mediante la cual confirmó la referida condena de Dubón Otero del Tribunal de Distrito Federal para el Distrito de Puerto Rico. El 4 de marzo de 2003 el Procurador General de Puerto Rico compareció ante nos y nos solicitó que en vista de la sentencia que emitió el Tribunal Federal de Apelaciones para el Primer Circuito referida antes, procediéramos a suspender permanentemente a Dubón Otero del ejercicio de la abogacía, conforme a lo dispuesto en la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735).

Además, tomamos conocimiento judicial que el 27 de

enero de 2003 el Tribunal Supremo de Estados Unidos confirmó, a su vez, el dictamen referido del Tribunal Federal de Apelaciones para el Primer Circuito. Véase *Dubon-Otero v. United States*, 537 U.S. 1171 (2003).

Por todo lo antes expuesto, *procede que se suspenda a Luis E. Dubón Otero del ejercicio de la profesión de la abogacía de Puerto Rico indefinidamente, efectivo de inmediato.*

*Se dictará sentencia de conformidad.*

El Juez Asociado Señor Rivera Pérez concurrió sin opinión escrita. Los Jueces Asociados Señores Rebollo López y Corrada Del Río no intervinieron.